PHILLIP A. TALBERT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARY WILLIAMS,<br><br>Defendant. | CASE NO. 1:16-CR-00211-DAD-BAM<br><br>STIPULATION AND ORDER FOR RELEASE OF PRESENTENCE REPORT |

The United States, through its attorneys Phillip A. Talbert, United States Attorney for the Eastern District of California, and Michael G. Tierney, Assistant U.S. Attorney, and defendant Mary Williams, through her attorney Jeffrey T. Hammerschmidt, request that the Court authorize the release of the presentence report prepared in this case to Assistant United States Attorney Joan Burnes of the United States Attorney's Office for the Eastern District of Pennsylvania.

**BACKGROUND**

1. Defendant Mary Williams was prosecuted in this case for violating Title 18, United States Code, Section 664, Embezzlement from a Pension Plan. As noted in the Plea Agreement (DE 3), the defendant caused her company's pension plan to invest in a parcel of real estate (the Fruit Avenue Properties), and later caused the plan to lose all benefit from the real estate. Instead of being held for the plan's beneficiaries, the Fruit Avenue Properties went to benefit the defendant's company. Among the benefits the company obtained from the Fruit Avenue Properties was their use in securing bid bonds for the

1

1 company to renovate facilities of the Department of Veteran's Affairs in Philadelphia, Pennsylvania (the "VA Facilities").

2. On April 3, 2017, the Court sentenced the defendant to, among other terms, 12 months and 1 day of imprisonment and a supervised release term of 36 months. Prior to sentencing the defendant, the Untied States Probation Office prepared a Presentence Investigation Report ("PSR"). The final PSR appears as Docket Entry 9 in the court's record of this case.

3. On October 31, 2017, a grand jury in the Eastern District of Pennsylvania indicted the defendant on a single count of Major Fraud Against the United States, in violation of Title 18, United States Code, Section 1031. The case number is 17-000576 (E.D. Pa) (Attached as Exhibit 1). The indictment charges that the defendant falsified paperwork related to bond premiums in order to obtain the bonds, contracts, and payments associated with the VA Facilities.

4. Assistant United States Attorney Joan Burnes is the proscutor assigned to the Pennsylvania case. AUSA Burnes has requested a copy of the PSR. The PSR may, among other uses, give AUSA Burnes in-depth information about the defendant's background and financial condition, including judgments from state courts within the Eastern District of Pennsylvania, that may be of assistance to AUSA Burnes in evaluating the ongoing case in Pennsylvania. *See* PSR (Dkt. 9 at 13-15). Moreover, the PSR contains information regarding the defendant's medical condition. Dkt. 9 at 10. AUSA Burnes indicates that this information may be useful to the the parties and the court in the Eastern District of Pennsylvania in considering the defendant's custodial status.

5. On December 21, 2017, counsel for the United States consulted with Supervising United States Probation Officer Brian Bedrosian. Probation Officer Bedrosian related that the United States Probation Office does not oppose release of the PSR to AUSA Burnes.

**STANDARD**

6. Local Rule 460 states that "presentence reports . . . are confidential records of the United States District Court." Disclosure is prohibited absent order of the Court. L.R. 460(a). Requests for disclosure must be in writing and must articulate the need for specific items of information within the report. *Id.* at 460(b).

7. Courts may disclose PSRs when they determine that it is in the interest of justice to do so.

*United States v. Schlette*, 842 F.2d 1574, 1579 (9th Cir. 1988). They may also release when the need for confidentiality is outweighed by the need for disclosure." *Id.* Here, disclosure is in the interest of justice. Disclosure will allow consideration of the information assembled by the Probation Office, defense counsel and the government in a case involving the same defendant and certain potentially similar facts.

**CONCLUSION**

For the reasons set forth above, the parties respectfully request the Court order that PSR may be disclosed to Assistant United States Attorney Joan Burnes of the Eastern District of Pennsylvania for use in *United States v. Mary Williams*, No. 17-000576 (E.D. Pa).

Dated: 12/28/2017 PHILLIP A. TALBERT
United States Attorney

By: /s/ Michael G. Tierney_____
MICHAEL G. TIERNEY
Assistant U.S. Attorney

Dated: 12/28/2017 /s/ Jeffrey T. Hammerschmidt_____
JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant Mary Williams

**ORDER**

The court has reviewed and considered the stipulation of the parties. Good cause appearing, the presentence investigation report in this matter (Doc. 9) may be disclosed to Assistant United States Attorney Joan Burnes of the Eastern District of Pennsylvania for use in *United States v. Mary Williams*, No. 17-000576 (E.D. Pa).

IT IS SO ORDERED.

Dated: **January 2, 2018**  _____
UNITED STATES DISTRICT JUDGE